IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BRANDON MCPHERSON, | : | CIVIL ACTION |
|---|---|---|
| Petitioner, | : | |
| v. | : | NO. 15-2505 |
| BRIAN COLEMAN, et al., | : | |
| Respondents. | : | |

**FILED**

MAY 2 4 2016

**ORDER**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

JOSEPH F. LEESON, JR., J.,

AND NOW, this 20th day of      May      , 2016, upon careful and

independent consideration of the Petition for Writ of Habeas Corpus and after review of the

Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS

HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

JOSEPH F. LEESON, JR., J.